UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | Criminal Action No. |
| vs. | § | 3:12-CR-0151-B(01) |
| | § | |
| SAMUEL WILLIAM MAINES | § | |

ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS

Considering the record in this case and the recommendation of the Magistrate Judge, the Court finds that the application for leave to proceed *in forma pauperis* should be, and it is hereby,

**DENIED AS MOOT.**

**DATE:** September 4, 2013

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE